CENTRAL GREYHOUND LINES, INC., OF NEW YORK, Appellant, v. ANNA V. FAUST, as Administratrix of the Estates of DOROTHY F. ROOP and Another, Deceased, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 1012.]

LANSING MARACLE, Appellant, v. WALSH CONSTRUCTION Co. et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *ante*, p. 896.]

R. AUSTIN BACKUS et al., Plaintiffs, v. HUGH P. MACLAURY, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *ante*, p. 504.]

ROSALIE A. LUONGO, an Infant, by ROSE LUONGO, Her Guardian ad Litem, Appellant, v. CITY OF GENEVA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *ante*, p. 1014.]

CITY OF BUFFALO, Respondent, v. NATHAN MESNEKOFF, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *ante*, p. 1015.]

In the Matter of the Probate of the Will of JOHN C. HENRY, Deceased. WILLIAM B. BUCK et al., Appellants; WAYNE A. SAUNDERS et al., as Administrators of the Estate of JOHN C. HENRY, Deceased, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 1015.]

CITY OF CORNING, Respondent, v. PERCY L. CARR et al., Appellants.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *ante*, p. 1018.]

In the Matter of FRANKLIN A. CARNEY, Appellant, against NEW YORK STATE DEPARTMENT OF CORRECTION, by WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Application for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *ante*, p. 1018.]